UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

KEVIN DAVIS, Individually, and On Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

DSE HOCKEY CLUB, L.P.,

       Defendant.

---------------------------------------------------------------x

Case No.: 1:22-CV-04272-VSB

**NOTICE OF SETTLEMENT**

   Plaintiff Kevin Davis ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant DSE Hockey Club, L.P. ("Defendant") (collectively, the "parties"), and states as follows:

   1.  A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

   2.  The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

- 2 -

DATED:  September 15, 2022 **MIZRAHI KROUB LLP**

　　　　　　　　　　　　　　　　　　/s/ Edward Y. Kroub
　　　　　　　　　　　　　　　　EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*